KIELSMEIER, Appellant, vs. SCHAAFS and others, Respondents.

For the appellant: *E. C. Smith* of Appleton and *Lyman G. Wheeler* of Milwaukee.

For the respondents Schaafs and others: *Collins & Collins* of Sheboygan.

For the respondent Madison: *Hougen & Brady* of Manitowoc.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on June 4, 1929.

COLLIGNON, Respondent, vs. BAKER and another, Appellants.

For the appellants: *Hanitch, Hartley, Johnson & Fritschler* of Superior.

For the respondent: *Cadigan & Cadigan* of Superior.

*By the Court.*—Order affirmed.